**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| DERRICK ANTWOIN JOHNSON, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : 2:09-CV-0180-RWS : |
| DON HINSLEY, Correction Officer and DR. MARC CHETTA, | : : : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [35] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Chetta's Motion for Summary Judgment [23] and Defendant Hinsley's Motion for Summary Judgment [26] are hereby **GRANTED**. The Clerk shall close the case.

**SO ORDERED**, this  26th  day of September, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)

AO 72A
(Rev.8/82)